IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

**UNITED STATES OF AMERICA**

**V.**                                               **4:13CR0008-01 JMM**

**TERESA MASHELL JONES**

<u>**ORDER**</u>

The Defendant requested a psychiatric evaluation pursuant to 18 U.S.C. §§ 4241 and

4242, which the Court granted.  On the same day, the Defendant asked the Court to reconsider

the Order to allow the evaluation to be done on an out-patient basis.  The United States has no

objection to Ms. Jones' request that the evaluation be done on an out-patient basis.

IT IS THEREFORE ORDERED that the Defendant's Motion for Psychological

Examination and Motion to Reconsider (Docket # 24) are hereby GRANTED, in part, as

follows:

1. Pursuant to 18 U.S.C. §§ 4241(b), 4242(a), and 4247(b) and (c), a psychiatric or

psychological examination of Defendant Teresa Mashell Jones shall be conducted on an out-of-

custody basis by a licensed or certified psychiatrist or psychologist at the Government's expense.

2. A licensed psychologist or psychiatrist employed by Southeast Mental Health Center,

2579 Douglass Avenue, Memphis, Tennessee shall conduct the requisite evaluation.[1]

3. The Defendant shall cooperate fully in the examination and shall appear on the

dates and at the times designated for that purpose.

4. Pursuant to 18 U.S.C. § 4247(c), a psychiatric or psychological report shall

be prepared by the psychologist or psychiatrist and shall be filed with the Court, with copies

---

[1]  Although not included in the motion, the Defendant has notified the Court that this
facility is close to Ms. Jones' residence in Crawfordsville, Arkansas.

provided to counsel.  The report should include the following:

a. the Defendant's history and present symptoms;

b. a description of the psychiatric, psychological, and medical tests that were employed and their results;

c. the examiner's findings;

d. the examiner's opinions as to diagnosis, prognosis, and whether Ms. Jones is suffering from a mental disease or defect rendering her mentally incompetent to the extent that she is unable to understand the nature and consequences of the proceedings or to assist properly in her own defense; and

e. the examiner's opinion regarding whether Ms. Jones was insane at the time of the offense charged.

Based on 18 U.S.C. § 3161(h)(1)(A)and (H), this time period is excludable under the Speedy Trial Act.

IT IS SO ORDERED THIS 26th day of July, 2013.


UNITED STATES DISTRICT JUDGE